United States Courts
Southern District of Texas
FILED
July 22, 2026
Nathan Ochsner, Clerk of Court

Sealed
Public and unofficial staff access to this instrument are prohibited by court order

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**JONATHAN BARRON,**<br><br>Defendant. | **Case No.** 4:26-cr-455<br><br>(UNDER SEAL) |

**INDICTMENT**

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**
**Title 18, United States Code, Section 922(g)(1)**
**Felon in Possession of a Firearm**

On or about April 15, 2026, in the Houston Division of the Southern District of Texas, the defendant,

**JONATHAN BARRON**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess at a firearm, to wit, a Glock semi-automatic handgun with serial number FNG770, and the firearm had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**NOTICE OF CRIMINAL FORFEITURE**

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice that the firearm, involved in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(8) as charged in Count

One, is subject to forfeiture, including, but not limited to, the following: a Glock semi-automatic handgun with serial number FNG770 and corresponding ammunition.

**A TRUE BILL:**

ORIGINAL SIGNATURE ON FILE

**FOREPERSON OF THE GRAND JURY**

**AARON F. REITZ**
**UNITED STATES ATTORNEY**

**BY:** ______________________________
**Anh-Khoa T. Tran**
**Assistant United States Attorney**